ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Desbuild, Inc.                                       )    ASBCA No. 63412
                                                     )
Under Contract No. N40080-18-C-0032                  )

APPEARANCES FOR THE APPELLANT:         Douglas L. Patin, Esq.
                                       Sabah K. Petrov, Esq.
                                         Bradley Arant Boult Cummings LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       David M. Ruddy, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 20, 2024

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63412, Appeal of Desbuild, Inc., rendered in conformance with the Board's Charter.

Dated:  February 21, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals